IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-484-FL

| | |
|---|---|
| PROGRESSIVE SOUTHEASTERN INSURANCE CO., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ENTRY OF DEFAULT** |
| IN N OUT TRUCKING, LLC; KELVIN KEON ESTES; LEIGH DUNN ROSS AND SHANDA DUNN SNEAD AS CO-EXECUTRIXES OF THE ESTATE OF NORMAN LEE DUNN; J.B. HUNT TRANSPORT, INC., RYDER TRUCK RENTAL, INC., and LOWE'S HOME CENTERS, LLC; | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

This matter is before the clerk on the plaintiff's motions for entry of default [DE-15, 16, 26] as to defendants Kelvin Keon Estes, Ryder Truck Rental, Inc., and In N Out Trucking, LLC, respectively.

The record showing proper service against each of the aforementioned defendants and the failure of each defendant to answer or otherwise defend, the motions [DE-15, 16, 26] are GRANTED. Pursuant to Fed. R. Civ. P. 55(a), DEFAULT is hereby ENTERED against Kelvin Keon Estes, Ryder Truck Rental, Inc., and In N Out Trucking, LLC.

SO ORDERED. This the 28 day of July, 2023.

_____
Peter A. Moore, Jr.
Clerk of Court