IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Progressive Southeastern Insurance Co. | ) | |
| | ) | |
| Plaintiff, | ) | **C.A. No.: 7:23-cv-00484-FL** |
| | ) | |
| v. | ) | |
| | ) | |
| In N Out Trucking, LLC; Kelvin Keon Estes; Leigh Dunn Ross and Shanda Dunn Snead as Co-Executrixes of the Estate of Norman Lee Dunn; J.B. Hunt Transport, Inc.; Ryder Truck Rental, Inc.; and Lowe's Home Centers, LLC | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER SETTING ASIDE DEFAULT AGAINST RYDER TRUCK RENTAL, INC.**

Upon review of the Consent Motion to Set Aside Default Against Defendant Ryder Truck Rental, Inc., and for good cause shown, it is hereby ORDERED that the Default against Defendant Ryder Truck Rental, Inc., originally entered July 28, 2023 (ECF No. 30), is hereby set aside. Defendant, Ryder Truck Rental, Inc., shall have twenty-one (21) days from entry of this Order in which to file its Answer or otherwise plead in response to Plaintiff's Complaint.

SO ORDERED this 27th day of February, 2024.

_____
The Honorable Judge Louise W. Flanagan
United State District Judge